UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JOSEPH YOUNG, | ) | NO. 04-05100 |
| | ) | |
| DEBTOR. | ) | HONORABLE JACK R. SCHMETTERER |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

    At:  United States Bankruptcy Court, 219 S Dearborn, Courtroom 682, Chicago, IL 60604

    On:  January 26, 2006                    Time:  10:30 a.m.

2. This hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $ 140,216.85 |
    | Disbursements | $ 122,444.95 (derived from Closing Statement) |
    | Net Cash Available for Distribution | $ 17,771.90 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
    |---|---|---|---|
    | LAWRENCE FISHER TRUSTEE | -0- | $ 6,483.50 | $   5.00 |
    | LAWRENCE FISHER ATTORNEY FOR TRUSTEE | -0- | 7,739.00 | 57.03 |

5. §507(a)(1) – Administrative expenses (DIP) are $-0-
    The dividend to Chapter 11 administrative claims is anticipated to be –0-%.

    | Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
    |---|---|---|---|
    | | | NONE | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims pursuant to §507(a)(3), totaling $-0-, and other priority claims totaling $-0-, must be paid in full for there to be any dividend to general unsecured creditors.

    §507(a)(3) - Allowed wage claims are:
    The dividend for §507(a)(3) wage claims is anticipated to be –0-%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

NONE

§507(a)(4) – Employment Fund claims:
The dividend for §507(a)(4) employment fund claims is anticipated to be 0%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

NONE

§507(a)(7) – Tax claims:
The dividend for §507(a)(7) tax claims is anticipated to be 100%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

NONE

7. Claims of general unsecured creditors totaling $0.00 have been allowed and will be paid in full only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0%.

   Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

NONE (no claims filed)

§507(a)(5) – Interest:
The dividends for §507(a)(5) general unsecured creditors are: 0%

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

NONE

8. The surplus of the estate of $3,487.37 is being returned to debtor, Joseph Young, in addition to the $7,500 personal injury exemption previously paid.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's web site, www.ilnb.uscourts.gov. If no objections are filed, the court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009
without further order of Court.

10. Debtor has been issued a discharge in bankruptcy.

11. The Trustee proposes to abandon the following property at the hearing:

| Property | Scheduled Value |
|---|---|
| Charter One joint checking account | 0.00 |
| Wearing apparel | 1,000.00 |

                                              For the Court:

DATED: <u>December 6, 2005</u>

                                        By:    <u>KENNETH S GARDNER</u>

Trustee:    Lawrence Fisher                                 Kenneth S. Gardner
Address:  One North Wacker Drive, Suite 4200      Clerk of the U.S. Bankruptcy Court
           Chicago, IL  60606                           219 S. Dearborn Street, 7th Floor
           312/672-6603                                      Chicago, IL  60604