UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JOSEPH YOUNG, | ) | NO. 04-05100 |
| | ) | |
| DEBTOR. | ) | HONORABLE JACK R. SCHMETTERER |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: United States Bankruptcy Court, 219 S Dearborn, Courtroom 682, Chicago, IL 60604

    On: January 26, 2006          Time: 10:30 a.m.

2. This hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $ 140,216.85 |
    | Disbursements | $ 122,444.95 (derived from Closing Statement) |
    | Net Cash Available for Distribution | $ 17,771.90 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
    |---|---|---|---|
    | LAWRENCE FISHER TRUSTEE | -0- | $ 6,483.50 | $ 5.00 |
    | LAWRENCE FISHER ATTORNEY FOR TRUSTEE | -0- | 7,739.00 | 57.03 |

5. §507(a)(1) – Administrative expenses (DIP) are $-0-
    The dividend to Chapter 11 administrative claims is anticipated to be –0-%.

    | Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
    |---|---|---|---|
    | | | NONE | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims pursuant to §507(a)(3), totaling $-0-, and other priority claims totaling $-0-, must be paid in full for there to be any dividend to general unsecured creditors.

    §507(a)(3) - Allowed wage claims are:
    The dividend for §507(a)(3) wage claims is anticipated to be –0-%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

NONE

§507(a)(4) – Employment Fund claims:
The dividend for §507(a)(4) employment fund claims is anticipated to be 0%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

NONE

§507(a)(7) – Tax claims:
The dividend for §507(a)(7) tax claims is anticipated to be 100%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

NONE

7. Claims of general unsecured creditors totaling $0.00 have been allowed and will be paid in full only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

NONE (no claims filed)

§507(a)(5) – Interest:
The dividends for §507(a)(5) general unsecured creditors are: 0%

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

NONE

8. The surplus of the estate of $3,487.37 is being returned to debtor, Joseph Young, in addition to the $7,500 personal injury exemption previously paid.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the court's web site, www.ilnb.uscourts.gov. If no objections are filed, the court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been issued a discharge in bankruptcy.

11. The Trustee proposes to abandon the following property at the hearing:

| Property | Scheduled Value |
|---|---|
| Charter One joint checking account | 0.00 |
| Wearing apparel | 1,000.00 |

For the Court:

DATED: December 6, 2005

By:    KENNETH S GARDNER

Trustee:   Lawrence Fisher               Kenneth S. Gardner
Address:   One North Wacker Drive, Suite 4200    Clerk of the U.S. Bankruptcy Court
           Chicago, IL  60606            219 S. Dearborn Street, 7th Floor
           312/672-6603                  Chicago, IL  60604

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

...5100   Doc 38   Filed 12/06/05   Entered 12/08/05 23:57:26   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7              Page 1 of 1              Date Rcvd: Dec 06, 2005
Case: 04-05100                    Form ID: pdf002          Total Served: 14

The following entities were served by first class mail on Dec 08, 2005.
 db           Joseph Young,    7430 South Union Avenue,    Chicago, IL 60621-2334
 aty         +Jesse Outlaw,    Jesse Outlaw & Associates,    53 W Jackson Blvd Ste 1230,    Chicago, IL 60604-3625
 aty         +Lawrence Fisher,    Lawrence Fisher & Associates,    One N Wacker Drive, Suite 4200,
               Chicago, IL 60606-2807
 aty         +Michael Halpin,    Pierce & Associates,    18 S Michigan Ave,    12th Flr,    Chicago, IL 60603-3200
 tr          +Lawrence Fisher,    Lawrence Fisher & Associates,    One North Wacker Drive Suite 4200,
               Chicago, IL 60606-2807
7757724       CHICAGO TRIBUNE,    PO BOX 6315,    CHICAGO, IL. 60680-6315
7757725      +CITY OF CHICAGO,    DEPARTMENT OF WATER,    333 SOUTH STATE STREET,    LL11,    CHICAGO, IL 60604-3900
7757726      +COMMONWEALTH EDISON,    C/O ALLIED INTERSTATE,    3200 NORTH LANE AVENUE,    SUITE 160,
               GREENBORO, NC. 27408-7613
7757727       COOK COUNTY COLLECTOR,    PO BOX 802448,    CHICAGO, ILL. 60680-2448
7757728       EMERGE,    PAYMENT PROCESSING,    PO BOX 23034,    COLUMBUS, GA. 31902-3034
7757729       FINANCIAL RECOVERY SERVICES,    PO BOX 385908,    MINNEAPOLIS, MN. 55438-5908
7757730      +PEOPLES ENERGY,    C/O HARRIS & HARRIS LTD.,    600 WEST JACKSON BLVD.,    SUITE 400,
               CHICAGO, IL 60661-5623
7757731       PEOPLES ENERGY,    CHICAGO, IL. 60687-0001
7757732      +SAXON MORTGAGE SERVICE, INC.,    PO BOX 161489,    FORTWORTH, TX 76161-1489

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 br           Salko Dracic
 cr           Saxon Mortgage Services Inc
                                                                                                  TOTALS: 2, * 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 08, 2005**                    **Signature:** _/s/ Joseph Speetjens_