# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 04-05100 | Trustee Name: | Lawrence Fisher |
|---|---|---|---|
| Case Name: | Joseph Young | Bank Name: | Bank One |
| Taxpayer ID #: | 11-6597256 | MM/Checking account: | 1610547042 |
| For Period Ending: | 3/31/2006 | Blanket bond (per case limit): | $5,000,000 |
| | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid to/ Received From | Description of Transaction | Uniform Trans. Code | Deposit $ | Disbursement $ | Money Market Account Balance |
| 10/19/2004 | Item 1 | Fulton Knight | Sale of 7430 S. Union, Chicago, IL | | 27,973.05 | | 27,973.05 |
| | | | Gross proceeds       140,000.00 | 1110-000 | | | |
| | | | Closing expenses        123.00 | 2500-000 | | | |
| | | | Realtor's commission   8,400.00 | 3510-000 | | | |
| | | | Mortgage              93,207.99 | 2500-000 | | | |
| | | | 2004 Property taxes    1,627.20 | 4700-000 | | | |
| | | | Tax stamps              210.00 | 2500-000 | | | |
| | | | Title search fee        690.00 | 2500-000 | | | |
| | | | 2002 Addt'l. RE taxes  3,650.00 | 4700-000 | | | |
| | | | 2003 real estate taxes   993.64 | 4700-000 | | | |
| | | | 2003 2nd install. RE taxes 2,369.12 | 4700-000 | | | |
| | | | Eviction costs          756.00 | 2500-000 | | | |
| 10/29/2004 | Item 4 | Bank One | Interest | 1270-000 | 4.59 | | 27,977.64 |
| 11/30/2004 | Item 4 | Bank One | Interest | 1270-000 | 15.70 | | 27,993.34 |
| 12/31/2004 | Item 4 | Bank One | Interest | 1270-000 | 17.67 | | 28,011.01 |
| 1/14/2005 | Ck. 01 | Chicago Title Ins. | Title insurance | 2500-000 | | 2,918.00 | 25,093.01 |
| 1/31/2005 | Item 4 | Bank One | Interest | 1270-000 | 18.87 | | 25,111.88 |
| 2/28/2005 | Item 4 | Bank One | Interest | 1270-000 | 17.12 | | 25,129.00 |
| 3/31/2005 | Item 4 | Bank One | Interest | 1270-000 | 21.66 | | 25,150.66 |
| 4/29/2005 | Item 4 | Bank One | Interest | 1270-000 | 21.77 | | 25,172.43 |
| 5/17/2005 | Ck. 02 | Joseph Young | Homestead exemption | 8100-001 | | 7,500.00 | 17,672.43 |
| 5/31/2005 | Item 4 | Bank One | Interest | 1270-000 | 20.23 | | 17,692.66 |
| 6/30/2005 | Item 4 | Bank One | Interest | 1270-000 | 14.53 | | 17,707.19 |
| 7/29/2005 | Item 4 | Bank One | Interest | 1270-000 | 14.06 | | 17,721.25 |
| 8/31/2005 | Item 4 | Bank One | Interest | 1270-000 | 18.23 | | 17,739.48 |

| Date | | Payee | Description | Code | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|---|
| 9/30/2004 | Item 4 | Bank One | Interest | 1270-000 | 17.95 | | 17,757.43 |
| 10/25/2005 | | Bank One | Converted to checking account | 9999-000 | | | 17,757.43 |
| 10/25/2005 | Item 4 | Bank One | Final interest after conversion | 1270-000 | 14.47 | | 17,771.90 |
| 2/2/2006 | Ck. 3 | Lawrence Fisher | Trustee fees | 2100-000 | | 6,483.50 | 11,288.40 |
| 2/2/2006 | Ck. 3 | Lawrence Fisher | Trustee expenses | 2200-000 | | 5.00 | 11,283.40 |
| 2/2/2006 | Ck. 4 | Lawrence Fisher & Assoc. | Atty. for trustee fees | 3110-000 | | 7,739.00 | 3,544.40 |
| 2/2/2006 | Ck. 4 | Lawrence Fisher & Assoc. | Atty. for trustee expenses | 3120-000 | | 57.03 | 3,487.37 |
| 2/2/2006 | Ck. 5 | Joseph Young | Surplus funds | 8200-002 | | 3,487.37 | 0.00 |
| | | | SUBTOTALS | | 17,771.90 | 17,771.90 | |
| | | | COLUMN TOTALS | | | | |
| | | | Less: Bank transfers/CDs | | | | |
| | | | Subtotal | | | | |
| | | | Less: Payments to debtors | | | | |
| | | | Net | | | | 0.00 |