UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JOSEPH YOUNG, | ) | CASE NO. 04 B 05100 |
| | ) | |
| | ) | |
| DEBTOR. | ) | HON. JACK B,. SCHMETTERER |

**NOTICE OF FILING OF U.S. TRUSTEE'S
MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

**To:   Joseph E. Cohen
       Cohen & Krol
       105 West Madison Street
       Suite 1100
       Chicago, IL 60602
       Registrant's e-mail: JcohenAttorney@aol.com**

      **Please Take Notice** that on **October 23, 2007**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

      The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

                                                            WILLIAM T. NEARY
                                                          UNITED STATES TRUSTEE

DATED: October 23, 2007                       BY: /s/ Roman L. Sukley
                                                           Roman L. Sukley, Attorney
                                                             OFFICE OF THE U.S. TRUSTEE
                                                             227 WEST MONROE, SUITE 3350
                                                             CHICAGO, ILLINOIS  60606
                                                             (312) 886-3324

**CERTIFICATE OF SERVICE**

      I, Roman L. Sukley, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on October 23, 2007.

                                                           /s/ Roman L. Sukley